```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                      Case No. 12-20770-elf
Kevin M. Campbell                                           Chapter 13
Chandra M. Campbell
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0313-2        User: Randi                 Page 1 of 2         Date Rcvd: Nov 23, 2016
                            Form ID: pdf900             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
db/jdb        +Kevin M. Campbell,    Chandra M. Campbell,    509 Solly Avenue,    Philadelphia, PA 19111-1905
cr             Educational Credit Management Corp.,    PO Box 16408,    St, Paul, MN 55116-0408
12909406      #+Abington Emergency Physicians,    P.O. Box 3012,    Wilmington, DE 19804-0012
12909407       Abington Memorial Hospital,    P.O. Box 786331,    Philadelphia, PA 19178-6331
12909408      +Aes / Pheaa,    P.O. Box 2461,    Harrisburg, PA 17105-2461
12909411       Aria Physician Services,    P.O. Box 8500-6335,    Philadelphia, PA 19178-6335
12909412      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America, N.A.,     4161 Piedmont Pkwy,   Greensboro, NC 27410)
13023301      +Bank Of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13464676      +Bank of America, N.A.,    Attn: Bankruptcy Dept.,    400 National Way,    Mail Stop CA6-919-01-23,
                Simi Valley, CA 93065-6414
13055315      +Brad J. Sadek,    Sadek & Cooper Law Offices, LLC,    1315 Walnut Street,    Suite 302,
                Philadelphia, PA 19107-4705
12909414      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capitol One,    P.O. Box 85520,    Richmond, VA 23285)
12909413      #+Capitol One,    P.O. Box 5253,    Carol Stream, IL 60197-5253
12909415      +Central Financial Control,    P.O. Box 66051,    Anaheim, CA 92816-6051
12909416       City of Philadelphia,    509 Solly Ave.,    Philadelphia, PA 19111-1905
12909417      +Comprehensive Arthritis Care Consultants,    727 Welsh Rd., Suite 201,
                Huntingdon Valley, PA 19006-6311
12909418       Convergent,    P.O. Box 1022,    Wixom, MI 48393-1022
12909419      +Credit First N.A.,    6275 Eastland Rd.,    Brookpark, OH 44142-1399
12970731      +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
12947919       ECMC,   P.O. BOX 75906,    St. Paul, MN 55175
12909422       Firestone Complete Auto Care,    P.O. Box 81410,    Cleveland, OH 44181-0410
12909423       Grimley Financial,    30 Washington Ave., Suite C-6,    Haddonfield, NJ 08033-3341
12909424      +HR Physician Services,    P.O. Box 8500,    Box 4081,   Philadelphia, PA 19178-8500
12977077       Jefferson University Hospitals,    c/o State Collection Service, Inc.,    2509 S. Stoughton Rd,
                PO Box 6250,    Madison, WI 53716-0250
12909428      +Mariner Financial,    5851 New Jersey 42,    Turnersville, NJ 08012
12909429      +N.J. Orthodontic Associates, LLC,    1 Britton Place, Suite 14,    Voorhees, NJ 08043-2514
12909431       Pennsylvania Department of Revenue,    509 Solly Ave.,    Philadelphia, PA 19111-1905
13827010      +Pennymac Loan Services, LLC,    P.O. Box 660929,    Dallas, TX 75266-0929
12909432      +United Rev.,    P.O. Box 1184,    Langhorne, PA 19047-6184
12909433       United Telemanagement Corp.,    P.O. Box 655,    Vandalia, OH 45377-0655
12909435       Verizon Wireless,    P.O. Box 660108,    Dallas, TX 75266-0108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Nov 24 2016 01:58:42     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 24 2016 01:57:55
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 24 2016 01:58:38     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12909410       E-mail/Text: bnc-applied@quantum3group.com Nov 24 2016 01:58:36     Applied Bank,
                601 Delaware Ave,    Wilmington, DE 19801
12963402      +E-mail/Text: EBNProcessing@afni.com Nov 24 2016 01:58:30     Afni, Inc.,   PO Box 3667,
                Bloomington, IL 61702-3667
12958715       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 24 2016 02:08:14
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
12909420      +E-mail/Text: creditonebknotifications@resurgent.com Nov 24 2016 01:57:42     Credit One Bank,
                P.O. Box 98875,    Las Vegas, NV 89193-8875
12909425      +E-mail/Text: bankruptcy@icsystem.com Nov 24 2016 01:59:08     I C System Inc.,    P.O. Box 64378,
                Saint Paul, MN 55164-0378
12909426      +E-mail/Text: bankruptcy@icsystem.com Nov 24 2016 01:59:08     IC Systems Inc.,    P.O. Box 64378,
                Saint Paul, MN 55164-0378
12909427      +E-mail/Text: vivian@interstatecredit.net Nov 24 2016 01:58:36     Interstate Credit & Co.,
                21 W. Fornance St.,    Norristown, PA 19401-3300
13036772       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 24 2016 01:53:23
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12992866       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 24 2016 02:07:08
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12937211      +E-mail/Text: bk@afsacceptance.com Nov 24 2016 01:58:33     Preferred Automobile Credit Co,
                1260 Centre Turnpike, Suite 104,    Orwigsburg, PA 17961-8956
12967053       E-mail/Text: bnc-quantum@quantum3group.com Nov 24 2016 01:57:51
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
12909436       E-mail/Text: bk@weinstocklegal.com Nov 24 2016 01:57:40
                Weinstock, Friedman & Friedman, P.A.,    4 Reservoir Centre,    Pikesville, MD 21208-7301
                                                                                              TOTAL: 15
```

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Nov 23, 2016
                              Form ID: pdf900          Total Noticed: 45

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12909409*       +Aes / Pheaa,    P.O. Box 2461,    Harrisburg, PA 17105-2461
12909421*       +Credit One Bank,    P.O. Box 98875,    Las Vegas, NV 89193-8875
13063601*       +Preferred Automobile Credit Co.,    1260 Centre Turnpike, Suite 104,    Orwigsburg, PA 17961-8956
13292442       ##+Bank of America, NA,    Mail Stop CA6-919-01-23,    400 National Way,
                 Simi Valley, CA 93065-6414
12910959       ##+Mariner Finance, LLC,    3301 Boston St, Ste 201,    Baltimore, MD 21224-4979
12909430       ##+Pacco,    200 Pinebrook Place  P. O. Box 348,    Orwigsburg, PA 17961-0348
12909434       ##University Services,    10551 Decatur Rd., Ste 200,    Philadelphia, PA 19154-3811
                                                                                            TOTALS: 0, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              BRAD J. SADEK    on behalf of Joint Debtor Chandra M. Campbell brad@sadeklaw.com
              BRAD J. SADEK    on behalf of Debtor Kevin M. Campbell brad@sadeklaw.com
              JEROME B. BLANK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              MARIO J. HANYON    on behalf of Creditor    Bank of America, N.A., et. al. paeb@fedphe.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank Of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KEVIN M. CAMPBELL                                 Chapter 13
CHANDRA M. CAMPBELL

                      Debtor              Bankruptcy No. 12-20770-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

      **AND NOW**, this _____ day of _____, 201\_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.

**Date: November 23, 2016**

                                             Eric L. Frank
                                             ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
KEVIN M. CAMPBELL
CHANDRA M. CAMPBELL
509 SOLLY AVE.

PHILADELPHIA, PA 19111