16-1579

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Kevin M. Campbell<br>Chandra M. Campbell<br>　　　　　　　　　Debtors | 12-20770 ELF<br><br>Chapter 13 Proceeding |
| BANK OF AMERICA, N.A. , C/O PENNYMAC LOAN SERVICES, LLC, AS SERVICER<br>　　　　　　　　　Movant<br>v.<br>Kevin M. Campbell<br>Chandra M. Campbell<br> and<br>William C. Miller, Esquire<br>　　　　　　　　　Respondents | Related to Document #: 85, 86 |

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF**

TO THE COURT:

　　　Movant, BANK OF AMERICA, N.A. , C/O PENNYMAC LOAN SERVICES, LLC, AS SERVICER, respectfully withdraws its Motion for Relief, which was filed on 5/4/2017, at docket #85.

　　　　　　　　　　　　　　　　　　POWERS KIRN & ASSOCIATES, LLC

　　　　　　　　　　　　　　　　　　By:  **/s/  Jill Manuel-Coughlin, Esquire**
　　　　　　　　　　　　　　　　　　Attorney ID# 63252
　　　　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　　　Telephone: 215-942-2090
　　　　　　　　　　　　　　　　　　E-mail: Jill@pkjllc.com
　　　　　　　　　　　　　　　　　　Attorney for Movant

Dated:  May 23, 2017

16-1579

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Kevin M. Campbell<br>Chandra M. Campbell<br>　　　　　　　　　Debtors<br>BANK OF AMERICA, N.A. , C/O PENNYMAC LOAN SERVICES, LLC, AS SERVICER<br>　　　　　　　　　Movant<br>v.<br>Kevin M. Campbell<br>Chandra M. Campbell<br> and<br>William C. Miller, Esquire<br>　　　　　　　　　Respondents | 12-20770 ELF<br><br>Chapter 13 Proceeding<br><br><br>Related to Document #: 85; 86 |

## CERTIFICATION OF SERVICE OF
## PRAECIPE TO WITHDRAW

I, Jill Manuel-Coughlin, Esquire, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on May 23, 2017:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

**Parties Served via Electronic Notification:**

Brad J. Sadek, Esquire
1315 Walnut Steet, Suite 804
 Philadelphia,, PA  19107
Attorney for Debtors

William C. Miller, Esquire
1234 Market Street, Suite 1813
Philadelphia PA  19107
Trustee

**Parties Serviced via First Class Mail:**

Kevin M. Campbell
Chandra M. Campbell
509 Solly Avenue
Philadelphia, PA  19111
Debtors

　　　　　　　　　　　　　　　POWERS KIRN & ASSOCIATES, LLC

　　　　　　　　　　　　　　　By:  **/s/  Jill Manuel-Coughlin, Esquire**
　　　　　　　　　　　　　　　Attorney ID# 63252
　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　Telephone: 215-942-2090
　　　　　　　　　　　　　　　E-mail: Jill@pkjllc.com
　　　　　　　　　　　　　　　Attorney for Movant